**Dismissed and Memorandum Opinion filed February 14, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00901-CV

### LOYD LANDON SORROW, SR., Appellant

### V.

### HARRIS COUNTY SHERIFF, UNIVERSITY OF TEXAS SCIENCE CENTER OF HOUSTON, AND MEDICAL DOCTOR SEAL, Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-33383**

### MEMORANDUM OPINION

This is an attempted appeal from an order signed August 24, 2018. The order appellant attempts to appeal is an order granting summary judgment and dismissing the suit filed against the Harris County Sheriff. The order does not dispose of the remaining parties. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and

unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On January 24, 2019, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before February 4, 2019. *See* Tex. R. App. P. 42.3(a). On February 7, 2019 appellant filed a response in which he argues the merits of the trial court's partial summary judgment order. Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Hassan, and Poissant.